UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK B. STOLTZ,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )      1:04-CV-00625-SEB-VSS |
| | ) |
| UNITED STATES OF AMERICA,<br>    Defendant. | )<br>) |

### JUDGMENT

The Court, having contemporaneously granted Defendant's Motion for Summary Judgment and denied Plaintiff's Cross-Motion for Summary Judgment, **IT IS NOW ADJUDGED** that this cause of action be, and the same is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.  IT IS SO ORDERED.

Date:   01/17/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Peter H. Donahoe
HILL FULWIDER MCDOWELL FUNK & MATTHEWS
pete@hfmfm.com

Jeffrey L. Hunter
UNITED STATES ATTORNEY'S OFFICE
jeff.hunter@usdoj.gov

Alan J. Irvin
HILL FULWIDER MCDOWELL FUNK & MATTHEWS
alan@hfmfm.com

Stephen Tancill Lyons
U. S. DEPARTMENT OF JUSTICE
stephen.t.lyons@usdoj.gov